UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

vs.

ROBERT TERRELL PLEASANT,

    Defendant-Petitioner.
_____/

No. CR 08-0771 MHP

**ORDER DENYING MOTION FOR REDUCTION OF SENTENCE**

    Defendant-Petitioner has moved for reduction of sentence pursuant to the proposed Sentencing Guideline amendments implementing the Fair Sentencing Act of 2010. His motion is premature. The amendments become effective on November 1, 2011, if Congress does not disapprove them. At the present time this Circuit and others hold that the Act is not retroactive and this court must follow that decision. In the words of the Ninth Circuit's opinion issued on June 2, 2011, "[l]ike every other circuit court to have considered this question, we can find no evidence that Congress intended the Fair Sentencing Act to apply to defendants who had been sentenced prior to the August 3, 2010 date of the Act's enactment". *United States v. Baptist*, ___F.3d___, 2011 WL 2150993, at *3 (9th Cir. June 2, 2011)(listing the decisions of nine other circuits that have similarly held). Accordingly,

    IT IS HEREBY ORDERED that defendant's motion is denied without prejudice to renewal upon the effective date of the amendments if they become effective.

Date: August 23, 2011

MARILYN HALL PATEL
United States District Court Judge
Northern District of California